*J. P. Shank*, for the state.

---

THE STATE *v.* ELY.

APPEAL from the *Blackford* Circuit Court.

HANNA, J.—This was a case reserved under § 119, 2 R. S. p. 377, by the prosecuting attorney.

The appeal will have to be dismissed.

The statute referred to, authorized a reserved case to be appealed to this Court within a year after the defendant is acquitted.

The record before us shows that the points reserved arose upon the ruling of the Court in granting the said *Ely* a new trial, he having been tried at the *April* term, 1858, and a verdict of guilty, &c., having been returned.

So far as the record shows, there has been no final trial; the cause was continued upon granting the new trial.

*Per Curiam.*—The appeal is dismissed.

*D. Nation*, for the state.